**Vahid ASRARI, Petitioner**

v.

## DEPARTMENT OF HOMELAND SECURITY, Respondent

2017-1064

United States Court of Appeals, Federal Circuit.

February 8, 2018

RACHEL J. ELSBY, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for petitioner. Also represented by RYAN STRONCZER; STEVEN D. MASLOWSKI, Philadelphia, PA.

ZACHARY JOHN SULLIVAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

(O'Malley, Reyna, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**